————————— v. Campbell.

PER CUR. Stout being an infant is no objection against his action, but then he must sue by guardian or next friend, and not having done this, the judgment must be reversed. His father's permission is nothing to the objection.

Judgment reversed.

CITED *in Smith* v. *Van Houten,* 4 *Hal.* 381–475.

————————— v. CAMPBELL.

After appearance and trial, it is too late to take exceptions to the summons.

*Certiorari* to Justice Little.

The summons was to answer to a plea of debt and damage. Objected, that the plaintiff had joined causes of action of a distinct nature.

PER CUR. After appearance and trial, without exceptions made to the summons, it is too late to do it now.

Affirm the judgment.

[93]        HALSEY v. DEHART, ASSIGNEE.

A note without the words " order" or "assigns," is nevertheless assignable.

*Certiorari* to Justice Ballard

Dehart had brought an action against Halsey, as assignee of Matthias Dehart, of a note for £10. The note was payable to Matthias Dehart, without the words " order" or " assigns." Halsey had insisted before the justice that the note